IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LABOR READY SOUTHEAST, INC., NEW HAMPSHIRE INSURANCE COMPANY, and ESIS/EMPLOYER SELF-INSURED SERVICES,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0249

      Appellants,

v.

FOUTCH DEWANE PITTMAN,

      Appellee.

_____/

Opinion filed July 7, 2014.

An appeal from an order of the Judge of Compensation Claims.
William R. Holley, Judge.

Date of Accident: January 7, 2012

David A. Lamont of The Bleakley Bavol Law Firm, Tampa, for Appellants.

James R. Parris, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.